Disposition of Petitions For Discretionary Review Under G.S. 7A-31

STATE v. SALEM

No. 45PC

Case below: 50 NC App 419

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1981.

STATE v. SHAW

No. 119PC

Case below: 51 NC App 248

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1981.

STATE v. SHAW

No. 120PC

Case below: 51 NC App 248

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1981.

STATE v. SNIPES

No. 55PC

Case below: 49 NC App 699

Application by defendant for further review denied 7 April 1981.

STATE v. SPICER

No. 6PC

Case below: 50 NC App 214

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1981. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 April 1981.